# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Christine Coming Hay, | ) | Case No. 4:04-cr-037 |
| | ) | |
| Defendant. | ) | |

Defendant made her initial appearance on a Petition for Revocation of Supervised Release on July 18, 2007. The court determined that Defendant qualified for court-appointed counsel. Nevertheless, Defendant expressed a desire to proceed pro se and waived her right to counsel. A revocation hearing was scheduled for August 14, 2007.

On August 10, 2007, the court was advised by Probation and Pretrial Services that Defendant had contacted its offices at the eleventh hour to inquire about the availability of counsel. Accordingly, the court appointed attorney Thomas Glass as defense counsel. The court now **GRANTS** Mr. Glass leave to withdraw because of his unavailability.

**IT IS SO ORDERED.**

Dated this 13th day of August, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

1